THE COURT OF CRIMINAL APPEALS OF TEXAS

MARIO BALLESTEROS CAMPOS, §    IN THE 47TH JUDICIAL
        APPELLANT, §

V. §    DISTRICT COURT

THE STATE OF TEXAS §
        APPELLEE, §    RANDALL COUNTY, TEXAS

RECEIVED IN COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

REQUEST FOR AN EXTENTION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW (PDR)

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Mario Ballesteros Campos, appellant in this foregoing motion for extention of time to file his Petition of Discretionary Review respectfully present's this motion seeking an additional Thirty-days (30) to file his (PDR); and moves the court to grant such extention, and in support will show the following;

1). Appellant is on appeal in Appeal No. 07-13-00264-CR, In the Seventh Court Of Appeals of Texas.

2). Counsel failed to notify appellant of the court decision until September 10, 2015, which does not allow sufficient time to prepare such petition. The court Affirmed the conviction on August 26, 2015.

3). Appellant is appealing a conviction fron the 47th District Court in Cause No. 22,949-A, and an additional (60)-dayes is needed to properly prepare, and fine his petion.

WHEREFORE PREMISES CONSIDERED, appellant pray that this court grant this motion and allow him the requested (60)-day extention.

RESPECTFULLY SUBMITTED,

Mario B. Campos 9-10-15

(1)

## INMATE DECLARATION

I, Mario Ballesteros Campos, being presently incarcerated in the Texas Department Of Criminal Justice, at the Allen Polunsky Unit, Polk County, Declare on this the 10th of September 2015, that all claims present here are true and correct.

*Mario B. Campos 9-10-15*

## CERTIFICATE OF SERVICE

I, CERTIFY THAT A TRUE AND CORRECT COPY OF THIS MOTION WAS SENT BY FIRST CALSS U.S. MAIL TO THE SEVENTH COURT OF APPEALS.

*Mario B. Campos 9-10-15*

MARIO  BALLESTEROS CAMPOS
TDCJ-ID NO. #1873651
ALLEN POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

(2)